# UNITED STATES BANKRUPTCY COURT
# OF THE
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **In the Matter of:** } | |
| } | Case No. 18-32895 |
| Angela Lynn Carter } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor** } | |

## AMENDED ORDER OF CONFIRMATION

This matter having come before the Court upon the Motion of the Debtor, by Counsel, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtor's Motion is **APPROVED,** and that the Order of Confirmation entered on November 5, 2018 be amended to add and include the post-petition arrears amount of $13,413.21 and allow it to be paid in full inside the Plan.

A copy of this Order is mailed to the Debtor, Counsel for Debtor, the Trustee, and to all scheduled creditors and parties in interest.

Submitted by:

Mary Katherine Brashear
Julie Ann O'Bryan
Counsel for Debtor
1717 Alliant Avenue, Suite 17
Louisville, Kentucky 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
jessie@obryanlawoffices.com

Alan C. Stout
United States Bankruptcy Judge
Dated: March 18, 2021