**Fill in this information to identify the case:**

Debtor 1 __Angela Lynn Carter__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the __WESTERN__ District of __KENTUCKY__

Case number __18-32895__

# Official Form 410S1
## Notice of Mortgage Payment Change                       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial

**Court claim no**. (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 9972

**Date of payment change:** 7/1/2021
Must be at least 21 days after date of this notice

**New total payment:** $1,279.55
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $394.97          New escrow payment: $400.53

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:                    New interest rate:

   Current principal and interest payment:   New principal and interest payment:

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment                  New mortgage payment:

Debtor 1 <u>Angela Lynn Carter</u>
     Print Name   Middle Name   Last Name

Case number *(if known)* <u>18-32895</u>

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/   Sindi Mncina</u>     Date <u>6/04/2021</u>
   Signature

| | | | |
|---|---|---|---|
| Print | <u>Sindi            Mncina</u><br>First Name  Middle Name  Last Name | Title | <u>Authorized Agent for Creditor</u> |
| Company | <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u> | | |
| Address | <u>10700 Abbott's Bridge Rd, Suite 170</u><br>Number   Street | | |
| | <u>Duluth          GA     30097</u><br>City                      State     Z P Code | | |
| Contact Phone | <u>470-321-7112</u> | Email | <u>smncina@raslg.com</u> |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  June 8, 2021 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ANGELA LYNN CARTER
329 JADE DR.
SHEPHERDSVILLE, KY 40165

And via electronic mail to:

JULIE ANN O'BRYAN
SUITE 17
1717 ALLIANT AVE.
LOUISVILLE, KY 40299

WILLIAM W. LAWRENCE -13
310 REPUBLIC PLAZA
200 S. SEVENTH STREET
LOUISVILLE, KY 40202

JOHN L. DAUGHERTY
ASST. U.S.TRUSTEE
601 WEST BROADWAY #512
LOUISVILLE, KY 40202

By: /s/ Rasheem Edward
　　　Rasheem Edward



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS
TO THIS ADDRESS

**ESCROW STATEMENT**

Home Point Financial Corporation
11511 Luna Road, Suite 200 Farmers Branch, TX 75234

| | |
|---|---|
| Analysis Date: | May 20, 2021 |
| Loan Number: | |
| **New Payment Effective Date:** | **07/01/21** |
| For Inquiries: | 800.686.2404 |
| Property Address: | 329 JADE DR |
| | SHEPHERDSVILLE KY 40165 |

ANGELA L DUNCAN
329 JADE DR
SHEPHERDSVILLE KY 40165-9166

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION.**

### Annual Escrow Account Disclosure Statement - Projections for Coming Year

The following is an overview of your escrow account with Home Point Financial Corporation. It contains a snapshot of the anticipated disbursements for the coming year and the history of escrow payments made on your behalf in the prior year. Any potential adjustments due to increases or decreases with your escrowed items may affect your monthly escrow payment. If your escrow payment increases, your monthly mortgage payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Current (from Last Analysis) | Effective 07/01/21 |
|---|---|---|
| Principal & Interest Pmt | $879.02 | $879.02 |
| Total Monthly Escrow Payment | $394.97 | $400.53 |
| Reserve Acct Pymt | $0.00 | $0.00 |
| HUD 235/265 Pymt (-) | $0.00 | $0.00 |
| Misc Acct Payment | $0.00 | $0.00 |
| **Total Payment** | **$1,273.99** | **$1,279.55** |

| Shortage/Surplus Information | Effective 07/01/21 |
|---|---|
| Upcoming Total Annual Bills | $4,806.32 |
| Required Cushion | $557.80 |
| Required Starting Balance | $1,642.25 |
| Over/Short Spread | $0.00 |

**Cushion Calculation:** Because Home Point Financial does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of $557.80. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Based upon federal or state regulations, if your escrow account is required to maintain a cushion, the minimum balance should not be below 1/6th or 1/12th of the anticipated payments from the account. If your escrow account is not required to maintain a cushion, a minimum balance is not required.

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | $1,204.58 | $1,642.25 |
| JUL 2021 | $400.53 | $121.63 | FHA INSURANC | $1,483.48 | $1,921.15 |
| AUG 2021 | $400.53 | $121.63 | FHA INSURANC | $1,762.38 | $2,200.05 |
| SEP 2021 | $400.53 | $121.63 | FHA INSURANC | $2,041.28 | $2,478.95 |
| OCT 2021 | $400.53 | $121.63 | FHA INSURANC | $2,320.18 | $2,757.85 |
| OCT 2021 | | $2,200.05 | COUNTY TAX | $120.13 | $557.80 |
| NOV 2021 | $400.53 | $121.63 | FHA INSURANC | $399.03 | $836.70 |
| DEC 2021 | $400.53 | $121.63 | FHA INSURANC | $677.93 | $1,115.60 |
| JAN 2022 | $400.53 | $121.63 | FHA INSURANC | $956.83 | $1,394.50 |

*Intentionally Left Blank*

Home Point Financial Corporation  
11511 Luna Road, Suite 200  
Farmers Branch, TX 75234  
800.686.2404

ANGELA L DUNCAN  
329 JADE DR  
SHEPHERDSVILLE KY 40165-9166

Property Address:  
329 JADE DR  
SHEPHERDSVILLE KY 40165

Analysis Date: May 20, 2021

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| FEB 2022 | $400.53 | $121.63 | FHA INSURANC | $1,235.73 | $1,673.40 |
| MAR 2022 | $400.53 | $121.63 | FHA INSURANC | $1,514.63 | $1,952.30 |
| APR 2022 | $400.53 | $121.63 | FHA INSURANC | $1,793.53 | $2,231.20 |
| MAY 2022 | $400.53 | $121.63 | FHA INSURANC | $2,072.43 | $2,510.10 |
| JUN 2022 | $400.53 | $121.63 | FHA INSURANC | $2,351.33 | $2,789.00 |
| JUN 2022 | | $1,146.71 | PROPERTY INS | $1,204.62 | $1,642.29 |
| | $4,806.36 | $4,806.32 | | | |

## Annual Escrow Account Disclosure Statement
## Account History

The following statement of activity in your escrow account from July 2020 through June 2021 displays actual activity as it occurred in your escrow account during that period. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | Payments to Escrow | | Payments From Escrow | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Anticipated | Actual | Anticipated | Actual | | Required | Actual |
| | | | | | Starting Balance | $1,663.01 | ($3,121.75) |
| JUL | $394.97 | | ($124.21) | $124.21 | FHA INSURANC | $1,933.77 | ($3,245.96) |
| AUG | $394.97 | $402.85 * | ($124.21) | | FHA INSURANC | $2,204.53 | ($2,843.11) |
| AUG | | | | $121.63 * | FHA INSURANC | $2,204.53 | ($2,964.74) |
| SEP | $394.97 | | ($124.21) | | FHA INSURANC | $2,475.29 | ($2,964.74) |
| SEP | | | | $121.63 * | FHA INSURANC | $2,475.29 | ($3,086.37) |
| OCT | $394.97 | $805.70 * | ($124.21) | | FHA INSURANC | $2,746.05 | ($2,280.67) |
| OCT | | | ($2,204.53) | $2,200.05 * | COUNTY TAX | $541.52 | ($4,480.72) |
| OCT | | | | $121.63 * | FHA INSURANC | $541.52 | ($4,602.35) |
| NOV | $394.97 | $805.70 * | ($124.21) | | FHA INSURANC | $812.28 | ($3,796.65) |
| NOV | | | | $121.63 * | FHA INSURANC | $812.28 | ($3,918.28) |
| DEC | $394.97 | | ($124.21) | | FHA INSURANC | $1,083.04 | ($3,918.28) |
| DEC | | | | $121.63 * | FHA INSURANC | $1,083.04 | ($4,039.91) |
| JAN | $394.97 | ($24.40) * | ($124.21) | | FHA INSURANC | $1,353.80 | ($4,064.31) |
| JAN | | | | $121.63 * | FHA INSURANC | $1,353.80 | ($4,185.94) |
| FEB | $394.97 | | ($124.21) | | FHA INSURANC | $1,624.56 | ($4,185.94) |
| FEB | | | | $121.63 * | FHA INSURANC | $1,624.56 | ($4,307.57) |
| MAR | $394.97 | $397.17 * | ($124.21) | | FHA INSURANC | $1,895.32 | ($3,910.40) |
| MAR | | | | $121.63 * | FHA INSURANC | $1,895.32 | ($4,032.03) |
| APR | $394.97 | $397.17 * | ($124.21) | | FHA INSURANC | $2,166.08 | ($3,634.86) |
| APR | | | | $121.63 * | FHA INSURANC | $2,166.08 | ($3,756.49) |
| MAY | $394.97 | $5,956.07 * | ($124.21) | | FHA INSURANC | $2,436.84 | $2,199.58 |
| MAY | | | | $121.63 * | FHA INSURANC | $2,436.84 | $2,077.95 |
| MAY | | | | $1,146.71 * | HAZARD INS | $2,436.84 | $931.24 |
| JUN | $394.97 | $394.97 | ($124.21) | $121.63 * | FHA INSURANC | $2,707.60 | $1,204.58 |
| JUN | | | ($1,044.60) | | PROPERTY INS | $1,663.00 | $1,204.58 |
| | $4,739.64 | $9,135.23 | -$4,739.65 | $4,808.90 | | | |

**An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.**

Home Point Financial Corporation
11511 Luna Road, Suite 200
Farmers Branch, TX 75234
800.686.2404

ANGELA L DUNCAN
329 JADE DR
SHEPHERDSVILLE KY 40165-9166

Property Address:
329 JADE DR
SHEPHERDSVILLE KY 40165

Analysis Date: May 20, 2021



(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,204.58. Your starting balance (escrow balance required) according to this analysis should be $1,642.25. Please note that your remaining escrow shortage balance included in the Proof of Claim at bankruptcy filing is $552.36. This post-petition analysis shows a surplus of $114.69. If your surplus is less than $50.00 or you have a pre-petition escrow shortage, your surplus will not be returned to you as we have the additional option of keeping it and adjusting your monthly payments accordingly.

We anticipate the total of your coming year bills to be $4,806.32. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment: | $400.53 |
| Over/Short Spread: | $0.00 |
| Escrow Payment: | $400.53 |

**If you are a New York resident or your property is in the state of New York,** and you desire to file a complaint about Home Point Financial, you may file with the New York State Department of Financial Services and may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.